IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 20-2124 MV |
| | ) |
| **OLUTAYO SUNDAY OGUNLAJA,** | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America respectfully requests that the Court grant a protective order, and in support of this request states as follows:

1. The United States, in compliance with the Court's Discovery Order, intends to disclose and is in the process of disclosing the materials concerning the investigation of this case. These materials include investigative reports, financial information, communications, and social media documentation. These materials will hereinafter be referred to as the discovery material.

2. The discovery material contains information, such as personally identifiable information (PII), that is highly subject to abuse.

3. It will take a great amount of time to redact this discovery material. The initial reports that are being prepared for disclosure will likely consist of hundreds, if not thousands, of pages. Preparing the disclosure is a time-intensive task, and redacting all these materials would likely take an additional six weeks or more.

4. Because the United States would like to share the discovery material with counsel

for Defendant as soon as possible, the United States proposes it provide defense counsel with unredacted copies of the discovery material.

5. The United States respectfully requests that the Court enter an order restricting defense counsel's handling and use of the investigative reports and communication material as follows:

    a. Barring counsel for Defendant and/or anyone properly assisting counsel for Defendant in the defense of this case from using the discovery material for any purpose other than to prepare for this case, for necessary use in motion practice, to impeach witnesses, to refresh a witness's recollection, or to test a witness's credibility (assuming any such matters are otherwise permitted by applicable authority, such as the Federal Rules of Evidence);

    b. Barring counsel for Defendant and/or anyone properly assisting counsel for Defendant in the defense of this case from disseminating the discovery material or its content to anyone other than Defendant, the defense investigator(s), and other members of the defense team in connection with this case; and in no event shall PII be possessed by Defendant outside the presence of his counsel.  However, if the defense redacts all PII, those portions can be disclosed to Defendant and retained consistent with the American Bar Association standards on client file retention; and

    c. Requiring counsel for Defendant and/or anyone properly assisting counsel for Defendant in defense of this case to obtain permission from the Court before setting forth protected information contained in the discovery

material in any motion, publicly filed pleading, or at a hearing.

6. Alejandro Fernandez, counsel for Defendant, has been contacted and does not oppose this motion.

WHEREFORE, the United States respectfully requests that the Court enter the requested protective order in this case.

                                                Respectfully Submitted,

                                                FRED J. FEDERICI
                                                Acting United States Attorney

                                                */s/*
                                                KIMBERLY A. BRAWLEY
                                                Assistant United States Attorney
                                                201 Third Street NW, Suite 900
                                                Albuquerque, New Mexico 87102
                                                (505) 346-7274

I HEREBY CERTIFY that I electronically filed
the foregoing with the Clerk of the Court
using the CM/ECF system which will send
notification to counsel for the Defendant.

      */s/*
KIMBERLY A. BRAWLEY
Assistant United States Attorney

3