IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CRIMINAL NO. 20-2124 MV |
| | ) |
| **OLATAYO SUNDAY OGUNLAJA**, | ) |
| | ) |
| Defendant. | ) |

## PROTECTIVE ORDER

THIS MATTER having come before the Court on the United States' Unopposed Motion for Protective Order (Doc. 16) and the Court, having balanced the Defendant's need of the information against the harm that disclosure will potentially cause, FINDS that the motion should be granted.

THEREFORE, IT IS HEREBY ORDERED that any information in this regard shall be subject to the following restrictions:

A. Counsel for Defendant and/or anyone properly assisting counsel for Defendant in the defense of this case are prohibited from using the disclosed material, as described in the government's motion, except to prepare for this case, as needed in motion practice, to impeach witnesses, to refresh a witness's recollection, or to test a witness's credibility (assuming any such matters are otherwise permitted by applicable authority, such as the Federal Rules of Evidence);

B. Counsel for Defendant and/or anyone properly assisting counsel for Defendant in the defense of this case is barred from disseminating the discovery material or its contents to anyone other than Defendant, the defense investigator(s), and other members of the defense team in connection with this case; and in no event shall

1

personally identifiable information (PII) be possessed by Defendant outside the presence of his counsel. However, if the defense redacts all PII, those portions can be disclosed to Defendant and retained consistent with the American Bar Association standards on client file retention; and

C. Counsel for Defendant is prohibited from setting forth protected information contained in the disclosed material in a motion, publicly filed pleading, or at a hearing without first obtaining the express permission of the Court to do so.

WHEREFORE, the United States' Unopposed Motion for Protective Order is GRANTED.

_____
HONORABLE MARTHA VAZQUEZ
United States District Judge

SUBMITTED BY:

_/s/_____
KIMBERLY A. BRAWLEY
Assistant United States Attorney